Argued April 6, affirmed April 26, 1967

## BECKER, *Respondent, v.* MYERS, *Appellant.*

426 P. 2d 871

*Norman K. Winslow,* Salem, argued the cause for appellant. With him on the briefs was Daniel A. Ritter, Salem.

*Michael F. McClain,* Corvallis, argued the cause for respondent. On the brief were Ringo, Walton & Mc-Clain, Corvallis.

Before PERRY, Chief Justice, and SLOAN, GOODWIN, LUSK and FORT, Justices.

PER CURIAM.

Plaintiff was injured when she stepped from a car that had been stopped in a parking area at defendant's

motel and fell down a grass covered bank immediately adjacent to where the car was parked. The issue of negligence was improper lighting or other means of warning plaintiff of the hazard and that, in fact, it was not a hazard at all but merely a low embankment. The jury returned a verdict for plaintiff after the court refused to allow defendant's motions for nonsuit and a directed verdict. Defendant's appeal is directed only at the sufficiency of the evidence.

Our review of the evidence convinces us that it was a proper case to submit to the jury to weigh the evidence and resolve the conflicts. The case presented a routine fact finding process.

Affirmed.